# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOEL DANIELS, | : | No. 82 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MARK GARMAN, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the "Writ of Habeas Corpus 42 Pa.C.S. 6501 et seq." is DENIED.